

**FILED**
DISTRICT COURT OF GUAM
JUN - 6 2006
MARY L.M. MORAN
CLERK OF COURT

## Issued by the
## UNITED STATES DISTRICT COURT
### DISTRICT OF GUAM

MC- 06-00016

JOHNNY L. BRADLEY, ET AL.,

v.

COOPER TIRE & RUBBER CO., ET AL.

SUBPOENA IN A CIVIL CASE

TO: Frank Mesa
Navy Exchange, Guam
U. S. Naval Forces, Marianas
PSC 455, Box 178, Building #258
FPO AP 96540-1000

Case Number: 4:03CV94LN
Pending in the U.S.D.C. for the Southern District of Mississippi, Eastern Division

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | |
|  | DATE AND TIME |
|  | |

☒ YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION : Mair, Mair, Spade & Thompson, 238 A.F.C Flores Street, Suite 801, Pacific News Building, Hagatna, Guam 96910 | DATE AND TIME June 20, 2006 at 10:00 a.m. |
|---|---|

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time specified below (list documents or objects).

| PLACE | DATE AND TIME |
|---|---|
|  | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE 5/23/06 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Richard H. Monk III, Bradley Arant Rose & White LLP, 1819 5th Avenue North, Birmingham, AL 35203 (205) 521-8516

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

AO88 (Rev. 1/94) Subpoena in a Civil Case

| | PROOF OF SERVICE | |
|---|---|---|
| | DATE | PLACE |
| SERVED | *Frank Moss* | *Amos Deli___* |
| SERVED ON (PRINT NAME) | | MANNER OF SERVICE |
| | | *___* |
| SERVED BY (PRINT NAME) | *David Sopin* | TITLE *process server* |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ___6-2-06___
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court from which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than one hundred (100) miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| JOHNNY L. BRADLEY, Individually and on behalf of the Wrongful Death Beneficiaries of TIMICA M. BRADLEY, Deceased, And DEANTE BRADLEY, a Minor, by and through His Next Friend and Natural Father, JOHNNY L. BRADLEY,<br><br>Plaintiff,<br><br>v.<br><br>COOPER TIRE & RUBBER COMPANY, FORD MOTOR COMPANY, et al.,<br><br>Defendants. | CIVIL ACTION NUMBER: 4:03CV94LN |

## NOTICE OF DEPOSITION

Please take notice that the defendant, Cooper Tire & Rubber Company ("Cooper Tire"), will take the testimony by deposition upon oral examination of **Frank Mesa**, for the purpose of discovery or for use as evidence in this action, or for both purposes, in accordance with the provisions of the Federal Rules of Civil Procedure. The deposition will be taken at the office of Mair, Mair, Spade & Thompson, 238 A.F.C. Flores Street, Suite 801, Pacific News Building, Hagatna, Guam 96910, beginning at **10:00 a.m. on June 20, 2006**, before a notary public and court reporter or other authorized and qualified person. The deposition will be videotaped. The deposition will continue from time to time until completed.

s/ Richard H. Monk III
Attorney for
Cooper Tire & Rubber Company

OF COUNSEL

Roy D. Campbell, III Esq.
Amanda K. Jones, Esq.
Bradley Arant Rose & White LLP
188 E. Capitol Street, Suite 450
Jackson, MS 39201
(601) 948-3000

Justin T. McDonald
Richard H. Monk III
R. Thomas Warburton
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
(205) 521-8000

CERTIFICATE OF SERVICE

       I hereby certify that on May 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| John L. Davison, Esq.<br>Frazer Davidson, P.A.<br>500 E. Capitol Street<br>Jackson, MS 39201 | Bruce R. Kaster, Esq.<br>125 NE 1st Avenue, Suite 3<br>Ocala, FL 34470 |
| Bradley W. Smith, Esq.<br>Baker, Donelson, Bearman & Caldwell<br>4268 I-55 North<br>Jackson, MS 39211 | Paul Byrd, Esq.<br>Byrd Law Firm<br>323 Center Street, Ste. 1300<br>Little Rock, AR 72201 |

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

       Jerry Kelly, Esq.
       Kelly Law Firm
       118 N. Center Street
       Lonoke, AR 72201

Skip E. Lynch Esq.
125 N. E. First Avenue #3
Ocala, FL 34470

Gregory L. Schuck Esq.
Huie Fernambucq
Three Protective Center
2801 Highway 280 South Suite 200
Birmingham, AL 35223-2484

Respectfully submitted,

s/ Richard H. Monk III
Richard H. Monk III
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
E-mail: rmonk@bradleyarant.com