AO88 (Rev. 1/94) Subpoena in a Civil Case

# ORIGINAL

FILED

DISTRICT COURT OF GUAM

AUG 23 2006

MARY L.M. MORAN
CLERK OF COURT



## Issued by the
# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

JOHNNY L. BRADLEY,

MC - 06 - 00014

v.

**SUBPOENA IN A CIVIL CASE**

COOPER TIRE & RUBBER COMPANY, ET AL..

TO:     Triple J Enterprises, Inc.
        Attention: Dan Murrell
        Post Office Box 6066
        Tamuning, Guam 96931

Case Number:[1]  4:03CV94LN
Pending in the U.S. District Court for the
Southern District of Mississippi

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION: **Mair, Mair, Spade & Thompson, 238 A.F.C Flores Street, Suite 801, Pacific News Building, Hagatna, Guam 96910** | DATE AND TIME<br>August 29, 2006 at 11:00 a.m. |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time specified below (list documents or objects).

**See Deposition Notice attached.**

| PLACE | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>Attorney for Defendant | DATE<br>8/18/06 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
    Richard H. Monk III, Bradley Arant Rose & White LLP, 1819 5th Avenue North, Birmingham, Alabama 35203; 205-521-8516

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | August 21, 2006 | Triple J Enterprises, Inc. (Corporate Office) 157 S. Marine Corps Drive, Tamuning |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Dan Murrell | personal hand delivery |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| David J. Sablan | Process Server |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   August 22, 2006
              DATE

SIGNATURE OF SERVER

P.O. Box 2781, Hagatna, Guam 96932
ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c)   PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1)   A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court from which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2)   (A)   A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B)   Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)   (A)   On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than one hundred (100) miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in

order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B)   If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d)   DUTIES IN RESPONDING TO SUBPOENA.

(1)   A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JOHNNY L. BRADLEY, Individually )
and on behalf of the Wrongful Death )
Beneficiaries of TIMICA M. BRADLEY, )
Deceased, And DEANTE BRADLEY, a )
Minor, by and through His Next Friend and )
Natural Father, JOHNNY L. BRADLEY, )
 )
      Plaintiff, )
 )   CIVIL ACTION NUMBER: 4:03CV94LN
v. )
 )
COOPER TIRE & RUBBER COMPANY, )
FORD MOTOR COMPANY, et al., )
 )
      Defendants. )

## NOTICE TO TAKE RULE 30(b)(6) DEPOSITION
## AND RULE 30(b)(5) REQUEST FOR PRODUCTION

Please take notice that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil

Procedure, defendant Cooper Tire & Rubber Company ("Cooper Tire") will take the deposition

of the representative(s) of **Triple J Enterprises**, for the purpose of discovery or for use as

evidence in this action, or for both purposes, in accordance with the provisions of the Federal

Rules of Civil Procedure. The deposition will be taken on **August 29, 2006 at 11:00 a.m.** at

**Mair, Mair, Spade & Thompson, 238 A.F.C Flores Street, Suite 801, Pacific News Building,**

**Hagatna, Guam 96910**, before a notary public and court reporter or other authorized and

qualified person. The deposition will be videotaped. The deposition will continue from time to

time until completed.

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, said

representative(s) will be examined regarding all matters relating to the following:

1.    The records previously produced by Triple J Enterprises pursuant to subpoena and attached as Exhibit A, including verification that those were business records: made at our near the time they are dated; kept in the course of regularly conducted business activity; as part of a regular business activity to make such reports.

2.    Verification that the documents attached as Exhibit A are all of the documents responsive to the prior subpoena, attached as Exhibit B.

3.    The identity and location of the person who communicated to Ms. Bradley the recommendation to replace the two front tires (as reflected on document 009 attached) and the general policies and procedures by which such recommendations are communicated to Triple J customers.

4.    The identity and location of the person who signed document 009 (attached).

5.    The identity and location of the person designated as Service Advisor No. 16 on documents 002 through 004 (attached).

6.    The identity and location of the person designated as Service Advisor No. 44 on documents 005 and 006 (attached).

7.    The identity and location of the person designated as Technician No. 68 on document 002 (attached).

8.    The identity and location of the person designated as Technician No. 54 on document 005 and 006 (attached).

9.    Confirmation that Technician No. 52 is Mr. Tupaz.

10.    The identity and location of the Service Advisor who generated the repair order or service ticket dated April 9, 2002 (document 007 attached).

11.     The identity and location of Technician No. 2 referenced on document 009 attached.

12.     The identity and location of the person who wrote "go ahead w/ control arms & ball joints" on document 007 attached.


Pursuant to Rule 30(b)(5) of the Federal Rules of Civil Procedure, the deponent shall produce for inspection and photocopying at the deposition the following documents and items:

1.     Any and all records of testing, evaluation, inspection, service or other work performed at any time on a 1996 Ford Explorer, its wheels or its tires, VIN 1FMDU34X8TUA32623 (owned by Johnny L. Bradley or Timica Bradley), including estimates and payment information.


2.     Any and all correspondence and documents reflecting contact or communications with (a) Johnny or Timica Bradley for any reason or (b) with anyone or regarding Johnny L. Bradley or Timica Bradley or regarding the 1996 Ford Explorer VIN 1FMDU34X8TUA32623, its wheels or its tires.


3.     Any and all statements that the owner, employees or others representing Triple J Motors have given regarding the 1996 Ford Explorer VIN 1FMDU34X8TUA32623, its wheels or its tires or regarding Johnny L. Bradley or Timica Bradley, (but not including the depositions of Timothy Tupaz and Jackson McMurray).

4.     Any documents related to the testing, evaluation, inspection, service or other work performed as reflected by the documents attached as Exhibit A, including estimates and payment information.

5.     All documents reflecting the sale of any item to, or any service provided to, Johnny L. Bradley or Timica Bradley.

_____
Attorney for
Cooper Tire & Rubber Company

OF COUNSEL

Roy D. Campbell, III Esq.
Amanda K. Jones, Esq.
Bradley Arant Rose & White LLP
188 E. Capitol Street, Suite 450
Jackson, MS 39201
(601) 948-3000

Justin T. McDonald
Richard H. Monk III
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
(205) 521-8000

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the above and foregoing on:

John L. Davison, Esq.
Davidson Bowie Sims, PLLC
2506 Lakeland Drive, Suite 501
Jackson, MS 39208

Bradley W. Smith, Esq.
Baker, Donelson, Bearman & Caldwell
4268 I-55 North
Jackson, MS 39211

Jerry Kelly, Esq.
Kelly Law Firm
118 N. Center Street
Lonoke, AR 72201

Skip E. Lynch Esq.
125 N. E. First Avenue #3
Ocala, FL 34470

Bruce R. Kaster, Esq.
125 NE 1st Avenue, Suite 3
Ocala, FL 34470

Paul Byrd, Esq.
Hare, Wynn, Newell and Newton, LLP
4220 North Rodney Parham Road, Ste. 250
Little Rock, AR 72212

Gregory L. Schuck Esq.
Huie Fernambucq
Three Protective Center
2801 Highway 280 South Suite 200
Birmingham, AL 35223-2484

by placing a copy of same in the United States Mail, first-class postage prepaid and addressed to their regular mailing addresses, on this __/f¹ᵗʰ__ day of August, 2006.

_____
OF COUNSEL

# EXHIBIT "A"



*Customers First*
TRIPLE J

December 17, 2004

Richard Monk III
Bradley Arant
One Federal Place
1819 Fifth Avenue
Birmingham
Alabama 35203-2104

**Johnny L. Bradley v Cooper Tire & Rubber Company**

Dear Mr Monk

We are in receipt of your subpoena's for Triple J Motors and for Triple J Ford dated December 7, 2004. Please note that these two names are dba's of Triple J Enterprises, Inc.

We have reviewed our files for information on the 1996 Ford Explorer in question and enclose copies of our computer records of the Service History in December 2000 and April 2002. We also enclose a copies of documentation for the Repair Order for the 2002 work, including the Service Technician's notes. Repair Orders for work completed in 2000 are no longer retained.

I will send a copy of the documents in the mail.

Regards

Jeffrey B. Jones
Executive Vice President

BRADLEY_TripleJ 0001

**T R I P L E   J   E N T E R P R I S E S ,   I N C .**
P.O. BOX 6066 • TAMUNING, GUAM 96931 • TEL: (671) 646-9126 • FAX: (671) 646-9487

Name BRADLEY, TIMICA M
VIN  1FMDU34X8TUA32623    RO    35465    XREF RO          Lines    A B
Date Opened    04/09/02    Date Closed    04/17/02    Mileage  152315    ADV 

Comments  **RECOMMEND TO REPLACE COWL PANEL & WIPER WASHER SPRAY NOZZ
          LE**ENGINE LIGHT ON, RECOM R/R O2 SENSOR

Line   A     BC  C      Parts Total    395.12    Labor Total    126.00
             Hrs   1.80   Tech 68      Op-Code      99           FC
   Failed Part             1087    Corr Desc  REPAIR
   Complaint      CHK TEMP GUAGE READING HOT & CHK GUAGE LIGHT ON
   Cause          R/R HEATER WATER BYPASS VALVE & THERMOSTAT
Rec. Maint. - This RO:    Parts Total      .00   Labor Total      .00
             R E C O M M E N D E D    M A I N T E N A N C E
                                               Last Performed
             Code       Description              Date   Mileage


CMD-1  Return    CMD-5  Prev RO    ROLL  More Lines      ENTER  More Rec Maint

BRADLEY_TripleJ 0002

```
Name BRADLEY, TIMICA M
VIN  1FMDU34X8TUAJ2623   RO    35465   XREF RO             Lines   A B
Date Opened   04/09/02   Date Closed   04/17/02   Mileage 152315   ADV  16

Comments  **RECOMMEND TO REPLACE COWL PANEL & WIPER WASHER SPRAY NOZZ
          LE**ENGINE LIGHT ON, RECOM R/R O2 SENSOR

Line   B       BC  C      Parts Total       .00   Labor Total     459.95
               Hrs   6.20  Tech 52   Op-Code    99            FC
   Failed Part                      Corr Desc  REPAIR
   Complaint    CHK LEFT SIDE OF VEH LEANING
   Cause        R/R LEFT & RIGHT UPPER/LOWER CONTROL ARMS & BALL JOINTS ALIGNED
Rec. Maint. - This RO:    Parts Total     .00   Labor Total     .00
             R E C O M M E N D E D   M A I N T E N A N C E
                                          Last Performed
             Code       Description         Date   Mileage


CMD-1  Return   CMD-5  Prev RO    ROLL  More Lines    ENTER  More Rec Maint
```

BRADLEY_TripleJ 0003

# TRIPLE J MOTORS

P.O. BOX 6066 TAMUNING, GUAM 96931 TEL: (671) 649-6555

PAGE  1  OF  1

FILE COPY

**CUSTOMER**

BRADLEY, TIPICA H

**MODEL** EXPLORER

**COMMENTS**
**RECOMMEND TO REPLACE COWL PANEL & WIF
ER WASHER SPRAY NOZZLE** ENGINE LIGHT ON
RECOM R/R O2 SENSOR

| REC. MAINTENANCE | PRICE |
|---|---|
| 01 OIL AND FILTER CHANGE | |
| 02 3 M/O 3000 MILE SERVICE | |
| 03 6 M/O 7500 MILE SERVICE | |
| 04 12 M/O 15000 MILE SERVICE | |
| 05 24 M/O 30000 MILE SERVICE | |
| 06 ROTATE & BALANCE TIRES | |
| 07 ENGINE POWER FLUSH | |
| 08 INJECTOR FLUSH | |
| 09 COOLING SYSTEM FLUSH | |
| 10 AIR COND. SERVICE | |

| | OPERATION DESCRIPTION | |
|---|---|---|
| 01 | EXPRESS TIRE/LUBE | 109.9 |
| 02 | REPAIR | 350.00 |
| 03 | REPAIR | 126.00 |

| PART NUMBER | DESCRIPTION | PRICE | LC | TIME | LR | TC | GC | OPERATION CODE |
|---|---|---|---|---|---|---|---|---|
| 1087GASKET | *CHK TEMP GUAGE READING HUTE & CHK GUAGE LIGHT ON | 2.10 | | 1.80A | | 99 | | |
| 401E*FEN.OIL | *R/R HEATER WATER BYPASS VALVE & THERMOSTAT | 2.75 | | | | 99 | | |
| 20032*BRK.CLEA | *BRK.CLEA | 3.20 | | 6.20A | | 99 | | |
| 3082/CA | *ARM ASY | 180.65 | | | | | | |
| 3083/AA | *ARM ASY | 105.60 | | | | | | |
| 3050/BB | *BALL JOI | 100.82 | | | | | | |

| | TOTALS |
|---|---|
| PARTS AMOUNT | |
| LABOR AMOUNT | |
| MISCELLANEOUS SALES | |
| MISCELLANEOUS MATERIALS | |
| TOTAL CHARGES | |
| DEDUCTIBLE AMOUNT | |
| SALES TAX | |
| CUSTOMER PAY | |
| OTHER PAY | |

APR 2002
VISA

BRADLEY_TripleJ 0004

Name BRADLEY, TIMICA M
VIN  1FMDU34X8TUA32623    RO    19205    XREF RO                Lines    A
Date Opened  12/01/00    Date Closed   12/01/00    Mileage  134084    ADV  44

Comments

Line    A         BC  C       Parts Total       .00   Labor Total      56.00
                  Hrs    .80   Tech 54    Op-Code    99          FC
   Failed Part                         Corr Desc   INSTL COMBI SW
   Complaint      INSTALL COMBINATION SWITCH- CHK  HEADLIGHT OPERATION
   Cause          INSTALLED SWITCH, TESTED- OK
Rec. Maint. - This RO:    Parts Total       .00   Labor Total       .00
                  R E C O M M E N D E D    M A I N T E N A N C E
                                            Last Performed
                  Code        Description           Date   Mileage

CMD-1  Return    CMD-5  Prev RO    ROLL  More Lines    ENTER  More Rec Maint

BRADLEY_TripleJ 0005

Name BRADLEY, TIMICA M
VIN  1FMDU34X8TUA32623    RO    19211    XREF RO              Lines    A
Date Opened   12/01/00    Date Closed   12/12/00    Mileage  134084   ADV   44

Comments


Line   A       BC  W      Parts Total      .00    Labor Total      18.00
               Hrs    .20    Tech 54    Op-Code    00M11        FC
    Failed Part                        Corr Desc   SWAY BAR RECALL
    Complaint    RECALL 00M11- SWAY BAR LINK
    Cause        00M11B   .3
Rec. Maint. - This RO:    Parts Total     .00    Labor Total      .00
               R E C O M M E N D E D    M A I N T E N A N C E
                                              Last Performed
               Code       Description            Date    Mileage



CMD-1  Return    CMD-5  Prev RO    ROLL  More Lines    ENTER  More Rec Maint

BRADLEY_TripleJ 0006

# TRIPLE J MOTORS
P.O. BOX 6064 TAMUNING, GUAM 96931 TEL: (671) 649-6586

SIGN X _____

I hereby authorize the repair work hereinafter described to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described for purposes of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto.

| VEHICLE ID NO. | 1F2315 | DELIVERY DATE | LICENSE NO. | YR | MAKE AND MODEL | | |
|---|---|---|---|---|---|---|---|

Estimated repairs / Amount approved / Date / Time

| LINE | OPERATION CODE | DESCRIPTION | LABOR INSTRUCTIONS | TYPE |
|---|---|---|---|---|

CHK TEMP GUAGE READING HOT & CHK GUAGE LIGHT ON

CHK LEFT SIDE OF VEH LEANING?

CHK R/F wobble nozzle

NOTE: Check Engine light on

BRADLEY_TripleJ 0007

| CUSTOMER NAME | DEALER STAMP |
|---|---|
| *Bradley, Timica* | **TRIPLE J MOTORS** |
| **REGISTRATION NUMBER** or **License Plate#:** | |
| *RO# 35465   AHT4788* | |

Key: ok = ok.   X = not ok.   ✔ = corrected

| | Inspect the vehicle and where necessary mark any damage on the respective area of the checksheet diagram | ok |
|---|---|---|
| 1 | Check outer skin of the LH side front fender for paint damage/corrosion | |
| 2 | Check outer skin and hinges of the LH side front door for paint damage/corrosion | |
| 3 | Check LH side outer sill for paint damage/corrosion | |
| 4 | Check outer skin and hinges of the LH side rear door for paint damage/corrosion | |
| 5 | Check outer skin of the LH side rear quarter panels for paint damage/corrosion | |
| 6 | Check outer skin and hinges of the tailgate, luggage compartment lid, rear doors (as applicable) for paint damage/corrosion | |
| 7 | Check outer skin of the RH side rear quarter panels for paint damage/corrosion | |
| 8 | Check outer skin en hinges of the RH side rear door for paint damage/corrosion | |
| 9 | Check RH side outer sill for paint damage/corrosion | |
| 10 | Check outer skin and hinges of the RH side front door for paint damage/corrosion | |
| 11 | Check outer skin of the RH side front fender for paint damage/corrosion | |
| 12 | Check hood and inner fender panel flanges for paint damage/corrosion | |



| Comments: |
|---|
| *Brake Crack Windshiel* |
| *Crack R/F lens* |
| *Ding on R/F fender* |
| Date: |

**Notification to the customer:** In case of damage/corrosion marked (x) in one or more of the above areas of the vehicle the Service History Log will not be stamped in the appropriate field until the damage/corrosion is corrected.

---

Signature Service Advisor



*Timica M. Bradley*
Signature Customer

**Ford Service**

01/02

BRADLEY_TripleJ 0008     CG2132/en



# EXPRESS TIRE & LUBE

MICHELIN  BFGoodrich  YOKOHAMA  MARSHAL  UNIROYAL

P.O. BOX 6065 TAMUNING, GUAM 96931

☐ Upper Tumon
647-TIRE (8-473)
Mon-Sat 7:30-5:30P

*Customer's First*

Nº 1  48033

| PHONE NUMBER | EXT. | | LICENSE PLATE | | DATE | TIME IN | TIME OUT | |
|---|---|---|---|---|---|---|---|---|
| 671- | | | AH7 4788 | | 9-15-02 | :3 | 16:45 | |
| NAME | | | | | | APPOINTMENT | TECH NAME | |
| MOTORS | | | | | | ☐ YES ☑ NO | | |
| ADDRESS | | | | | | PHONE AUTHORIZATION BY | TIME CALLED | EMPLOYEE NAME INC. |
| PO #354605 PO 6269 | | | | | | | | |
| MILEAGE | YEAR | MAKE | MODEL | COLOR | | | | |
| 12,317 | 96 | FORD EXP | | | | | | |



| | WORK ORDER | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ OIL CHANGE | ☐ ENGINE FLUSH | ☐ BLACK OUT | REPAIR | COMMERCIAL | WHOLESALE | GOVERNMENT | | |
| ☐ FILTER: | ☐ CHECK FLUIDS | ☐ WHITE OUT | [LF] | [LR] | [RF] | [RR] | | |
| ☐ OIL: | ☐ ✓ CHARGING | ☐ TOSS OLD TIRES | [SPARE] | ☐ SAVE OLD TIRES | ☐ ADJUSTMENT | INTERNAL | | |
| | | | | | | ☐ ALL LUG NUT TORQUED OE SPEC. | | |

| QTY. | PRODUCT CODE | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | KYMONDA | Alignment | 57.97 | |
| 1 | LABOR | eccentric bolts | 50.00 | |
| | | use 2 front 1/8 | | |
| | | | | |

CHARGE

☐ CASH  ☐ CHECK  ☑ CHARGE  ☐ CREDIT CARD  **TOTAL** 107.95

☐ AUTHORIZED BY: _____ BEFORE WORK ESTIMATE: $ _____

I hereby authorize the above work and the repair parts to be used...

1. WHITE - CUSTOMER  2. YELLOW - ACCOUNTING  3. PINK - STORE

BRADLEY_TripleJ 0009



*WITH OCCENTRIC* (handwritten)

Name
Address

Telephone
Vehicle (VIN#)
License
Mileage
Technician
Time and Date          09:13:44   04/16/02

Specifications          Ford Truck/Van
                        95→97 Explorer 4x4 exc/Auto Ride

### Left Front

| | Actual | Before | Specified Range | |
|---|---|---|---|---|
| Camber | -0.75° | -0.49° | -1.00° | 0.00° |
| Caster | 4.61° | 5.02° | 3.20° | 5.20° |
| Toe | 0.11° | 0.48°* | 0.03° | 0.28° |
| SAI | ..... | ..... | ..... | ..... |
| Included Angle | ..... | ..... | ..... | ..... |
| Turning Angle Diff. | | | | |

### Right Front

| | Actual | Before | Specified Range | |
|---|---|---|---|---|
| Camber | -0.43° | -1.00°* | -1.00° | 0.00° |
| Caster | 4.44° | 3.87° | 3.20° | 5.20° |
| Toe | 0.10° | 0.52°* | 0.03° | 0.28° |
| SAI | ..... | ..... | ..... | ..... |
| Included Angle | ..... | ..... | ..... | ..... |
| Turning Angle Diff. | | | | |

### Front

| | Actual | Before | Specified Range | |
|---|---|---|---|---|
| Cross Camber | -0.31° | 0.59° | -0.70° | 0.70° |
| Cross Caster | 0.18° | 1.15°* | -1.20° | 0.20° |
| Total Toe | 0.21° | 1.00°* | 0.05° | 0.55° |
| Set Back | -0.20° | -0.25° | | |

### Left Rear

| | Actual | Before | Specified Range | |
|---|---|---|---|---|
| Camber | 0.21° | 0.19° | ..... | ..... |
| Toe | -0.28° | -0.24° | ..... | ..... |

### Right Rear

| | Actual | Before | Specified Range | |
|---|---|---|---|---|
| Camber | -0.11° | -0.11° | ..... | ..... |
| Toe | 0.04° | 0.09° | ..... | ..... |

### Rear

| | Actual | Before | Specified Range | |
|---|---|---|---|---|
| Total Toe | -0.24° | -0.20° | ..... | ..... |
| Thrust Angle | -0.16° | -0.15° | ..... | ..... |

* VALUE IS NOT WITHIN SPECIFICATION.
TIRE WEAR, HANDLING, OR SIMILAR PROBLEMS MAY RESULT.

BRADLEY_TripleJ 0010

MAILING ADDRESS: P.O. Box 6066  Tamuning, Guam 96931
AGAT: 565-TIRE (8473) • BARRIGADA: 734-TIRE (8473) • TAMUNING: 649-TIRE (8473)
UPPER TUMON (by K-Mart): 647-(TIRE) 8473 • Fax: 646-6656
CORPORATE OFFICE: Tel: 646-9126  Fax: 646-9487



**TRIPLE J EXPRESS TIRE & LUBE**

Name
Address
_____
_____
Telephone
Vehicle (VIN#)
License
Mileage
Technician
Time and Date    15:29:55  04/15/02

Specifications          Ford Truck/Van
                        95-97 Explorer 4X4 exc/Auto Ride

### Left Front

| Actual | Before | Specified Range | |
|--------|--------|------|------|
| -1.44°* | -1.48° | -1.00° | 0.00° |
| 5.17° | 5.17° | 3.20° | 5.20° |
| 0.14° | 0.69° | 0.03° | 0.20° |
| ..... | ..... | ..... | ..... |
| ..... | ..... | ..... | ..... |

### Right Front

| | Actual | Before | Specified Range | |
|--|--------|--------|------|------|
| Camber | -0.74° | -0.67° | -1.00° | 0.00° |
| Caster | 4.57° | 4.54° | 3.20° | 5.20° |
| Toe | 0.17° | 0.91°* | 0.03° | 0.20° |
| SAI | ..... | ..... | ..... | ..... |
| Included Angle | ..... | ..... | ..... | ..... |
| Turning Angle Diff. | | | | |

### Front

| | Actual | Before | Specified Range | |
|--|--------|--------|------|------|
| Cross Camber | -0.70° | -0.62° | -0.70° | 0.70° |
| Cross Caster | 0.60°* | 0.60°* | -1.20° | 0.20° |
| Total Toe | 0.31° | 1.60°* | 0.05° | 0.55° |
| Set Back | -0.23° | -0.31° | | |

### Left Rear

| Actual | Before | Specified Range | |
|--------|--------|------|------|
| 0.12° | 0.11° | ..... | ..... |
| -0.29° | -0.29° | ..... | ..... |

### Right Rear

| | Actual | Before | Specified Range | |
|--|--------|--------|------|------|
| Camber | -0.10° | -0.14° | ..... | ..... |
| Toe | 0.04° | 0.06° | ..... | ..... |

### Rear

| | Actual | Before | Specified Range | |
|--|--------|--------|------|------|
| Total Toe | -0.26° | -0.21° | ..... | ..... |
| Thrust Angle | -0.17° | -0.19° | ..... | ..... |

\* VALUE IS NOT WITHIN SPECIFICATION.
TIRE WEAR, HANDLING, OR SIMILAR PROBLEMS MAY RESULT.

BRADLEY_TripleJ 0011

MAILING ADDRESS: P.O. Box 6066   Tamuning, Guam 96931
AGAT: 565-TIRE (8473) • BARRIGADA: 734-TIRE (8473) • TAMUNING: 649-TIRE (8473)
UPPER TUMON (by K-Mart): 647-(TIRE) 8473 • Fax: 646-6656
CORPORATE OFFICE: Tel: 646-9126   Fax: 646-9487





Adjustment Illustrations
# CASTER/CAMBER

Rotate the eccentrics to adjust CASTER and/or CAMBER. *

*Some vehicles may require a kit.

Explorer/Mountaineer:

Loosen nuts, rotate slider adjustment bolt, to adjust CASTER SPLIT. (Right side)

View illustration, then press "Continue".

| Next Illustration | Previous Illustration | Print Illustration | Continue |

BRADLEY_TripleJ 0012

MAILING ADDRESS: P.O. Box 6066  Tamuning, Guam  96931
AGAT: 565-TIRE (8473) • BARRIGADA: 734-TIRE (8473) • TAMUNING: 649-TIRE (8473)
UPPER TUMON (by K-Mart): 647-(TIRE) 8473 • Fax: 646-6656
CORPORATE OFFICE: Tel: 646-9126   Fax: 646-9497

# EXHIBIT "B"

AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

JOHNNY L. BRADLEY,

v.                                                    **SUBPOENA IN A CIVIL CASE**

COOPER TIRE & RUBBER COMPANY, ET AL.,

TO:   Triple J Motors                    Case Number:[1] 4:03CV94LN
      P. O. Box 6066                      Pending in the U.S. District Court for the
      Tamuning, Guam 96931                Southern District of Mississippi

☐ **YOU ARE COMMANDED** to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |
|  |  |

☐ **YOU ARE COMMANDED** to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date and time specified below (list documents or objects). **All documents referenced on attached Exhibit A.**

| PLACE   Triple J Motors, P. O. Box 6066, Tamuning, Guam 96931 | DATE AND TIME  10 days from receipt of subpoena |
|---|---|

☐ **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

   Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)  Attorney for Defendant | DATE  12/7/04 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
   Richard H. Monk III, Bradley Arant Rose & White LLP, One Federal Place, 1819 5th Avenue North, Birmingham, Alabama 35203; 205-521-8516

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

# Exhibit A

1. Any and all records of testing, evaluation, inspection, service or other work performed at any time on a 1996 Ford Explorer, its wheels or its tires, VIN 1FMDU34X8TUA32623 (owned by Johnny L. Bradley or Timica Bradley), including estimates and payment information.

2. Any and all correspondence and documents reflecting contact or communications with (a) Johnny or Timica Bradley for any reason or (b) with anyone or regarding Johnny L. Bradley or Timica Bradley or regarding the 1996 Ford Explorer VIN 1FMDU34X8TUA32623, its wheels or its tires.

3. Any and all statements that the owner, employees or others representing Triple J Motors have given regarding the 1996 Ford Explorer VIN 1FMDU34X8TUA32623, its wheels or its tires or regarding Johnny L. Bradley or Timica Bradley.

4. Any documents related to the testing, evaluation, inspection, service or other work performed as reflected by the document attached as Exhibit B, including estimates and payment information.

5. All documents reflecting the sale of any item to, or any service provided to, Johnny L. Bradley or Timica Bradley.

EXHIBIT B

# TRIPLE J MOTORS
P.O. BOX 6066 TAMUNING, GUAM 96931 TEL: (671) 649-4555

PAGE 1 OF 1

**CUSTOMER**

BRADLEY, TIMOTHY H

COMMENTS
*RECOMMEND TO REPLACE COWL PANEL & WIP
FR WASHER SPRAY NOZZLE**ENGINE LIGHT ON
RECOM R/R O2 SENSOR

| TECH | DESCRIPTION |
| --- | --- |
| A | CHK TEMP GUAGE READING HOT & CHK GUAGE LIGHT ON |
| B | R/R HEATER WATER BYPASS VALVE & THERMOSTAT |
| C | CHK LEFT SIDE OF VER LEAKING |
| D | R/R LEFT & RIGHT UPPER/LOWER CONTROL ARMS & BALL JOINTS ALIGNED |

| OPERATION DESCRIPTION |
| --- |
| REPAIR |
| REPAIR |
| EXPRESS TIRE/LUBE |

PAID
APR 11 2002

| PARTS AMOUNT | |
| --- | --- |
| LABOR AMOUNT | |
| MISCELLANEOUS SALES | |
| MISCELLANEOUS MATERIALS | |
| TOTAL CHARGES | |
| DEDUCTIBLE AMOUNT | |
| SALES TAX | |
| CUSTOMER PAY | 981.07 |
| OTHER PAY | |

DISCLAIMER OF WARRANTIES

